IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAMAR BASS,<br><br>    Plaintiff,<br><br>v.<br><br>KANSAS CITY SOUTHERN<br>RAILWAY COMPANY,<br><br>    Defendant. | Case No. 3:20-CV-1365-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

  **IT IS ORDERED AND ADJUDGED** that, pursuant to the Stipulation of Dismissal filed on November 8, 2022 (Doc. 49), this action is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

  **DATED: November 8, 2022**

                MONICA A. STUMP,
                Clerk of Court

                By: s/ *Deana Brinkley*
                   Deputy Clerk

APPROVED: _____
      NANCY J. ROSENSTENGEL
      Chief U.S. District Judge